**Order entered October 27, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00615-CR

## EX PARTE JAMES MICHAEL DRAUCKER

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. WR-1-22-0006**

### ORDER

We **DENY** the October 24, 2022 motion of Ted Sansom to withdraw as appointed counsel for James Michael Draucker in this matter. We will treat the motion as a request for extension of time to file a motion for rehearing or a motion to reconsider a prior order of the Court. We **GRANT** the request for extension of time and **ORDER** a motion for rehearing or motion to reconsider a prior ruling of this Court, if any, within **15 days** of the date of this order.

/s/      DAVID J. SCHENCK
JUSTICE